IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00245-MOC-WCM

| | |
|---|---|
| LAWRENCE E. GULLUM ) ) Plaintiff, ) ) v. ) ) ENDEAVOR INFRASTRUCTURE ) HOLDINGS, LLC; ) ANTHONY BUFFA; ) DANE JAMES; and ) ENDEAVOR CAPITAL MANAGEMENT ) ) Defendants. ) _____ ) | ORDER |

This matter is before the undersigned *sua sponte*.

Upon further review of this case, particularly including Plaintiff's recent filings, the undersigned, in the exercise of discretion, concludes that recusal is appropriate.

Accordingly, the clerk is respectfully directed to re-assign this matter to another United States Magistrate Judge.

It is so ordered.

Signed: May 12, 2022

*[signature]*

W. Carleton Metcalf
United States Magistrate Judge