UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:21-cv-245-MOC-DCK

| | |
|---|---|
| **LAWRENCE E. GULLUM**, ) | |
| ) | |
| Plaintiff, pro se, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **ENDEAVOR INFRASTRUCTURE HOLDINGS,** ) | |
| **LLC, et al.,** ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on Plaintiff's pro se response, (Doc. No. 30) to the Court's Order to Show Cause, (Doc. No. 28). In his response, Plaintiff asks the Court to extend the time for him to serve defendant Endeavor Capital Management. Having considered Plaintiff's request and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's time to serve Defendant Endeavor Capital Management is **EXTENDED** up to and inclusive of 30 days from the entry of this order.

Signed: September 5, 2022



Max O. Cogburn Jr.
United States District Judge

-1-