IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:21-CV-245-MOC-DCK

| | |
|---|---|
| LAWRENCE E. GULLUM, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ENDEAVOR INFRASTRUCTURE ) | |
| HOLDINGS, LLC, ANTHONY BUFFA, ) | |
| DANE JAMES, and ENDEAVOR CAPITAL ) | |
| MANAGEMENT, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Scheduling Order/Joint Stipulation Of Consent" (Document No. 50) filed October 13, 2022 and the "Motion For Pre-Trial Conference To Establish Reasonable Discovery Dates" (Document No. 51) filed October 13, 2022. These motions have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motions without prejudice.

The Court observes that Judge Cogburn granted Plaintiff a 30-day extension of time to serve Defendant Endeavor Capital Management in an Order dated September 6, 2022. <u>See</u> (Document No. 45). Defendant Endeavor Capital Management has not answered. According to Judge Cogburn's text-order dated September 12, 2022, "[t]he next step for the parties after Defendants have answered or otherwise pleaded is to conduct an initial attorney's conference. The Court will then issue a scheduling order, and the parties may proceed with discovery."

**IT IS, THEREFORE, ORDERED** that the "Motion For Scheduling Order/Joint Stipulation Of Consent" (Document No. 50) is **DENIED without prejudice**.

**IT IS FURTHER ORDERED** that the "Motion For Pre-Trial Conference To Establish Reasonable Discovery Dates" (Document No. 51) is **DENIED without prejudice**.

**SO ORDERED**.

Signed: October 18, 2022

David C. Keesler
United States Magistrate Judge