IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:21-CV-245-MOC-DCK

| | |
|---|---|
| LAWRENCE E. GULLUM, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ENDEAVOR INFRASTRUCTURE HOLDINGS, ) | |
| LLC, DANE JAMES, ANTHONY BUFFA, and ) | |
| ENDEAVOR CAPITAL MANAGEMENT, ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on *pro se* Plaintiff's "Motion For Scheduling Order / Joint Stipulation Of Consent" (Document No. 54) filed October 27, 2022. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion.

Based on the parties' filing of their "Certification And Report Of Fed.R.Civ.P. 26(F) Conference And Discovery Plan" (Document No. 53) the Court will promptly issue a Pretrial Order And Case Management Plan. As such, the instant motion for a scheduling order is moot.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion For Scheduling Order / Joint Stipulation Of Consent" (Document No. 54) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: October 27, 2022

David C. Keesler
United States Magistrate Judge